IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore)

IN RE:                                        *

CYNTHIA CORDELIA NEAL                         *    Case No. 13-30272

*Debtor.*                                      *    (Chapter 13)

*   *   *   *   *   *   *   *   *   *   *   *   *

## AFFIDAVIT OF RICHARD JAKLITSCH , ESQ. OF THE JAKLITSCH LAW GROUP

I, Richard Jaklitsch, hereby make solemn oath:

1. I am an attorney duly admitted to practice in the State of Maryland.

2. I am an Attorney with The Jaklitsch Law Group, which maintains an office for the practice of law at 14350 Old Marlboro Pike, Upper Marlboro, MD 20772.

3. This Affidavit is submitted in support of the *Debtor's Application for Order under 11 U.S.C. 327 Authorizing the Employment and Retention of the Jaklitsch Law Group*.

4. I represent no interest adverse to the Debtor or the Debtor's Estate in matters for which I am to be engaged.

5. Except as may be approved by the Court with respect to a contingency fee arrangement, The Jaklitsch Law Group will submit periodic applications for compensation and reimbursement of itemized charged and other changes in accordance with the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules of this Court and the United States Trustee Guidelines.

6.  Based upon a review of the client database of The Jaklitsch Law Group, and neither I, nor The Jaklitsch Law Group, has any connection with the Debtor herein, its creditors, or any other party-in-interest herein, its respective attorneys or accountants, or the United States Trustee or any person employed in the Office of the Unites States Trustee (collectively the "Interested Parties"), except as set forth herein.

7.  Pursuant to the research of the client database of The Jaklitsch Law Group, any Interested Parties to which either myself or The Jaklitsch Law Group has rendered legal services from time to time in various matters related or unrelated to the Debtor or its affiliates are set forth below:

    A.  Cynthia Neal, auto accident case, date of loss on or about August 1, 2013.

    B.  Robert Neal, auto accident case, date of loss on or about August 1, 2013.

8.  Neither I, nor the The Jaklitsch Law Group believe that the past and/or continued representation of any Interested Parties will represent a conflict of interest in connection to the representation of Debtor and Debtor's Estate.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 28, 2014

Richard Jaklitsch, Esq.
The Jaklitsch Law Group
14350 Old Marlboro Pike
Upper Marlboro, MD 20772
(301) 627-8700

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore)

IN RE: *

CYNTHIA CORDELIA NEAL * Case No. 13-30272

*Debtor.* * (Chapter 13)

\* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT OF SUZANNE VETTER, ESQ. OF THE JAKLITSCH LAW GROUP

I, Suzanne Vetter, hereby make solemn oath:

1. I am an attorney duly admitted to practice in the State of Maryland.

2. I am an Associate Attorney with The Jaklitsch Law Group, which maintains an office for the practice of law at 14350 Old Marlboro Pike, Upper Marlboro, MD 20772.

3. This Affidavit is submitted in support of the *Debtor's Application for Order under 11 U.S.C. 327 Authorizing the Employment and Retention of the Jaklitsch Law Group*.

4. I represent no interest adverse to the Debtor or the Debtor's Estate in matters for which I am to be engaged.

5. Except as may be approved by the Court with respect to a contingency fee arrangement, The Jaklitsch Law Group will submit periodic applications for compensation and reimbursement of itemized charged and other changes in accordance with the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules of this Court and the United States Trustee Guidelines.

6.	Based upon a review of the client database of The Jaklitsch Law Group, and neither I, nor The Jaklitsch Law Group, has any connection with the Debtor herein, its creditors, or any other party-in-interest herein, its respective attorneys or accountants, or the United States Trustee or any person employed in the Office of the Unites States Trustee (collectively the "Interested Parties"), except as set forth herein.

7.	Pursuant to the research of the client database of The Jaklitsch Law Group, any Interested Parties to which either myself or The Jaklitsch Law Group has rendered legal services from time to time in various matters related or unrelated to the Debtor or its affiliates are set forth below:

    A.	Cynthia Neal, auto accident case, date of loss on or about August 1, 2013.

    B.	Robert Neal, auto accident case, date of loss on or about August 1, 2013.

8.	Neither I, nor the The Jaklitsch Law Group believe that the past and/or continued representation of any Interested Parties will represent a conflict of interest in connection to the representation of Debtor and Debtor's Estate.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 28, 2014

Suzanne Vetter, Esq.  *on behalf of Suzanne Vetter, Esq.*
The Jaklitsch Law Group
14350 Old Marlboro Pike
Upper Marlboro, MD 20772
(301) 627-8700